# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160595(48)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DAWN REO, LLC,
      Plaintiff-Appellant,

v

SC: 160595
COA: 342701
Emmet CC: 06-009259-CK

WILLIAM R. MURPHY,
      Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before January 29, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2019



Clerk